IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAYMOND D. JACKSON,** | 2:06-cv-1893 LKK DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| **v.** | |
| **NADIM K. KHOURY, et al,** | |
| Defendants. | |

On December 14, 2006, defendants Khoury and Schwartz requested a thirty-two day extension of time, to and including January 16, 2007, to file a responsive pleading to plaintiff's complaint. Good cause appearing, defendants' request is granted.

DATED: December 15, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jack1893.eotresp