```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RAYMOND D. JACKSON,
11              Plaintiff,              No. CIV S-06-1893 LKK DAD P
12         vs.
13   NADIM K. KHOURY, et al.,           ORDER
14              Defendants.
15   _____/
```

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff
17   seeks relief pursuant to 42 U.S.C. § 1983. On January 10, 2007, plaintiff filed an amended
18   complaint. On January 12, 2007 defendants requested the court screen the amended complaint
19   for cognizable claims. On January 30, 2007, plaintiff requested the court deny defendants'
20   screening request as unnecessary.
21          Plaintiff's amended complaint appears to state cognizable claims for relief
22   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended
23   complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
24   action.
25   /////
26   /////

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for the following defendants: Nadim Khoury, M.D.; R.L. Andreasen, M.D.; and Teresa Schwartz, Warden.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed January 10, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Four copies of the endorsed amended complaint filed January 10, 2007.

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Defendants' January 12, 2007 request to screen the amended complaint is denied as unnecessary.

6. Plaintiff's January 30, 2007 request to deny defendants' request to screen the amended complaint is denied as unnecessary.

DATED: February 27, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack1893.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND D. JACKSON, | | |
| | Plaintiff, | No. CIV S-06-1893 LKK DAD P |
| vs. | | |
| NADIM K. KHOURY, et al., | | <u>NOTICE OF SUBMISSION</u> |
| | Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ <u>one</u> completed summons form;

    _____ <u>three</u> completed USM-285 forms; and

    _____ <u>four</u> true and exact copies of the amended complaint filed January 10, 2007.

DATED: _____.

                                              _____
                                              Plaintiff