IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAYMOND JACKSON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**NADIM KHOURY, et al,**<br><br>　　　　　　　　　　　Defendants. | 2:06-cv-1893 LKK DAD P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

　　　　On January 9, 2008, Defendants Schwartz, Andreasen and Khoury requested an extension of time to respond to plaintiff's first set of interrogatories and production. Good cause appearing, Defendants are granted a 30 day extension of time to respond to Plaintiff's first set of interrogatories and production. Defendants' responses shall be due on or before February 16, 2008.

DATED: January 10, 2008.

　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/jack1893.36