IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

      Plaintiff,                     No. CIV S-06-1893 LKK DAD P

    vs.

NADIM K. KHOURY, et al.,

      Defendants.           ORDER

                             /

        Under the court's December 12, 2007 scheduling order, plaintiff's pretrial statement is due on September 5, 2008, and defendants' pretrial statement is due on September 12, 2008. Pretrial conference is set for September 19, 2008, and jury trial is set for November 4, 2008. Pending before the court is defendants' motion for summary judgment and request to vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial.

        Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's December 12, 2007 scheduling order will remain in effect.

/////

/////

1

1  Also pending before the court is plaintiff's motion for an extension of time to
2 respond to defendants' motion for summary judgment. Good cause appearing, the court will
3 grant plaintiff's motion.

4  Accordingly, IT IS HEREBY ORDERED that:

5  1. Defendants' August 4, 2008 request to vacate scheduling order dates is
6 granted;

7  2. The court's December 12, 2007 scheduling order dates related to pretrial
8 statements (September 5, 2008 and September 12, 2008), pretrial conference (September 19,
9 2008), and jury trial (November 4, 2008) are vacated;

10  3. The remainder of the court's December 12, 2007 scheduling order remains in
11 effect. The court will issue a revised scheduling order if necessary after summary judgment has
12 been ruled upon;

13  4. Plaintiff's August 6, 2008 motion for an extension of time is granted; and

14  5. Plaintiff is granted thirty days from the date of this order in which to file an
15 opposition to defendants' motion for summary judgment. Any reply shall be filed and served in
16 accordance with Local Rule 78-230(m).

17 DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack1893.41mod

2