IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

    Plaintiff,             No. CIV S-06-1893 LKK DAD P

    vs.

NADIM KHOURY, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the magistrate judge's findings and recommendations of January 20, 2009. Good cause appearing, the court will grant plaintiff one thirty-day extension of time to file objections. However, plaintiff is advised that the purpose of filing objections to a magistrate judge's findings and recommendations is merely to identify the portions of the findings and recommendations to which objection is made and the basis of the objection. The district judge will conduct a de novo review of all portions of the findings and recommendations to which objections are made. The purpose of such objections is not to provide the parties an opportunity to conduct additional research and present new arguments that were not included in the motion heard by the assigned magistrate judge.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 3, 2009, request for an extension of time (Doc. No. 59) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the magistrate judge's findings and recommendations.

DATED: February 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
jack1893.36obj