1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON, SR.,

11          Plaintiff,                    No. CIV S-06-1893 LKK DAD P

12          vs.

13   NADIM KHOURY, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 20, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fifteen days.  On

22   February 11, 2009, plaintiff was granted a thirty day extension of time to file objections.  On

23   March 13, 2008, plaintiff was granted an additional extension of time to March 23, 2009 in

24   which to file objections.  Plaintiff was cautioned that no further extensions of time would be

25   granted for this purpose.  The time period has now expired and neither party has filed objections

26   to the findings and recommendations.

1           The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4           1.  The findings and recommendations filed January 20, 2009, are adopted in full;

5           2.  Defendants' July 2, 2008 motion for summary judgment (Doc. No. 48) is

6 granted; and

7           3.  This action is closed.

8 DATED: March 31, 2009.

9

10

11 LAWRENCE K. KARLTON
SENIOR JUDGE

12 UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26